ORIGINAL

JEREMY A. ROTH, Bar No. 129007
TINA M. FRYAR, Bar No. 190755
MICHELLE S. PARK, Bar No. 199224
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441

Attorneys for Defendant
PFIZER, INC.

FILED
06 DEC -8 AM 11:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDU DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

PFIZER, INC., a California Corporation; and DOES 1 - 100, inclusive,

Defendant.

Case No. 06 CV 2679 BTM POR

DECLARATION OF JEREMY A. ROTH REGARDING NOTICE TO STATE COURT OF REMOVING OF CIVIL ACTION TO FEDERAL COURT

Complaint filed: November 1, 2006

I, Jeremy A. Roth, declare under penalty of perjury as follows:

1.  I am an attorney admitted before the courts of this State and am an attorney with the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Defendant PFIZER, INC. ("Defendant") in the above-captioned matter. I have personal knowledge of the facts set forth herein and if called as a witness I could and would competently testify thereto under oath.

2.  On December 8, 2006, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, I caused to be filed with the Clerk of the Superior Court of the State of California for the County of San Diego a Notice to State Court And All Adverse Parties of Removal of Civil Action, together with a copy of the Notice to Federal Court of Removal of Civil Action. A copy of the Notice to State Court, without its accompanying exhibits, is attached hereto as Exhibit "A." The Notice to Federal Court of Removal of Civil Action served on the Clerk was filed with the United States

DECLARATION OF JEREMY A. ROTH         Case No. _____

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

District Court for the Southern District of California on December 8, 2006.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8 day of December, 2006 at San Diego, California.

_____
JEREMY A. ROTH

Firmwide:81730151.1 051034.1019

DECLARATION OF JEREMY A. ROTH     2.     Case No. _____

EXHIBIT A

| | |
|---|---|
| 1 | JEREMY A. ROTH, Bar No. 129007 |
| 2 | TINA M. FRYAR, Bar No. 190755<br>MICHELLE S. PARK, Bar No. 199224 |
| 3 | LITTLER MENDELSON<br>A Professional Corporation |
| 4 | 501 W. Broadway, Suite 900<br>San Diego, CA 92101.3577 |
| 5 | Telephone: 619.232.0441 |
| 6 | Attorneys for Defendant<br>PFIZER, INC. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

| | |
|---|---|
| FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., a California Corporation; and DOES 1 - 100, inclusive,<br><br>Defendant. | Case No. GIC 874925<br><br>**NOTICE TO STATE COURT AND ALL ADVERSE PARTIES OF REMOVAL OF CIVIL ACTION**<br><br>Complaint filed: November 1, 2006 |

Firmwide:81729940.1 051034.1019

NOTICE TO STATE COURT AND ALL ADVERSE PARTIES OF REMOVAL

1 TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND HIS
2 ATTORNEYS OF RECORD:

3     PLEASE TAKE NOTICE THAT Defendant PFIZER, INC. filed on December 8,
4 2006, its Notice to Federal Court of Removal of Civil Action in the office of the Clerk of the United
5 States District Court for the Southern District of California pursuant to 28 U.S.C. sections 1331,
6 1332, 1441 and 1446. Copies of said notice and its accompanying exhibits are attached hereto as
7 Exhibit "1."

8     PLEASE TAKE FURTHER NOTICE THAT the filing of said notice in Federal
9 Court, together with the filing of a copy of said notice with this Court, effects the removal of this
10 action in accordance with 28 U.S.C. section 1446(d).

11 Dated: December 8, 2006

JEREMY A. ROTH
TINA M. FRYAR
MICHELLE S. PARK
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PFIZER, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Firmwide:81729940.1 051034.1019      1.

NOTICE TO STATE COURT AND ALL ADVERSE PARTIES OF REMOVAL