Case 3:06-cv-02679-BTM-AJB Document 3 Filed 12/08/2006 Page 1 of 2

ORIGINAL
FILED
06 DEC -8 AM 11:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PX                    DEPUTY

JEREMY A. ROTH, Bar No. 129007
TINA M. FRYAR, Bar No. 190755
MICHELLE S. PARK, Bar No. 199224
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441

Attorneys for Defendant
PFIZER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., a California Corporation; and DOES 1 - 100, inclusive,<br><br>Defendant. | Case No. 06 CV 2679 BTM POR<br><br>**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Complaint filed: November 1, 2006 |

| NOTICE OF PARTY WITH FINANCIAL INTEREST | Case No. |
|---|---|

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

TO ALL PARTIES AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE THAT Defendant PFIZER, INC. hereby submits the following statement of financial interest pursuant to United States District Court for the Southern District of California Local Civil Rule 40.2:

<u>NOTICE OF PARTY WITH FINANCIAL INTEREST</u>

The following listed entities are the corporate parents of Defendant PFIZER, INC. and/or are publicly held companies that own ten (10) percent or more of its stock:

1. None.

Dated: December 8, 2006

JEREMY A. ROTH
TINA M. FRYAR
MICHELLE S. PARK
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PFIZER, INC.

Firmwide:81730053.1 051034.1019

NOTICE OF PARTY WITH FINANCIAL INTEREST       1.       Case No. _____

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441