JEREMY A. ROTH, Bar No. 129007
TINA M. FRYAR, Bar No. 190755
MICHELLE S. PARK, Bar No. 199224
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441

Attorneys for Defendant
PFIZER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

PFIZER, INC., a California Corporation; and DOES 1 - 100, inclusive,

Defendant.

Case No. 06 CV 2679 BTM POR

**NOTICE OF RELATED CASES**

Complaint filed: November 1, 2006

TO ALL PARTIES AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Defendant PFIZER, INC. hereby submits the following Notice of Related Cases pursuant to United States District Court for the Southern District of California Local Civil Rule 40.1(e).

NOTICE OF RELATED CASE

The following cases appear to be related actions to the present matter:

_Anthony Coultrip, Robert Chenault, David Hadley, Dana Higgs, Benaias Albarran, on behalf of themselves and others similarly situated, Plaintiff, v. Pfizer, Inc., et al., Defendants._, USDC, S.D. NY, Case Number 06-cv-09952-AKH, complaint originally filed on October 19, 2006; amended complaint filed November 17, 2006: The case involves many of the exact same claims and allegations alleged by Plaintiff in this action. In addition, both the _Coultrip_ case and the present action involve the same corporate Defendant, PFIZER, INC., and purports to include class claims for

NOTICE TO FEDERAL COURT OF RELATED CASES                                    Case No. _____

similar or identical job titles for employee and former employees, including those in California. California counsel is involved on behalf of plaintiffs.

*Ayisha Jeter, on behalf of herself and all others similarly situated, Plaintiff, against Pfizer, Inc., Defendant.*, Supreme Court of the State of New York, County of New York, Case Number 603984/2006, filed on or about November 16, 2006. The case involves many similar allegations to those alleged by Plaintiff in this action, although purports to only be brought under New York state wage and hour law. In addition, both the *Jeter* case and the present action involve the same corporate Defendant, PFIZER, INC., and purports to include class claims for similar or identical job titles for employee and former employees in the State of New York.

Dated: December 8, 2006

JEREMY A. ROTH
TINA M. FRYAR
MICHELLE S. PARK
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PFIZER, INC.

Firmwide:81730586.1 051034.1019

NOTICE TO FEDERAL COURT OF RELATED CASES — 2. — Case No. _____