## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>HON. LOUISA S. PORTER</u>
CT. DEPUTY RICHARD MESSIG

| Oblitas-Rios | v. | Pfizer, Inc. et al | No. | 06-cv-2679-BTM-POR |

<u>Plaintiffs</u>                    <u>Defendants</u>

Pfizer, Inc. (pty: Defendant)

PROCEEDINGS: _____ In Chambers    _____ In Court    _____ Telephonic

Judge Porter hereby recuses herself from the above-entitled action and requests that another Magistrate Judge be assigned.    There are no dates currently set in front of Judge Porter.

*Anthony J. Battaglia*

NOTICE: _____ In Person    _____ By Telephone    _____ Copies Sent

DATE: December 12, 2006    DEPUTY: _____

cc: Judge Moskowitz