JEREMY A. ROTH, Bar No. 129007
STACEY E. JAMES, Bar No. 185651
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
PFIZER INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., a California Corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 06-CV-2679 (BTM)<br><br>**DECLARATION OF JAMES N. BOUDREAU IN SUPPORT OF PFIZER INC.'S MOTION TO TRANSFER VENUE**<br><br>Date: July 13, 2007<br>Time: 11:00 a.m.<br>Location: Courtroom No. 15<br><br>Before The Honorable Barry T. Moskowitz, United States District Court Judge, Southern District of California, Courtroom No. 15<br><br>PER CHAMBERS ORDERS, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT. |

I, JAMES N. BOUDREAU, do declare and state as follows:

1. I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, and I am one of the attorneys responsible for representing Defendant Pfizer Inc. ("Pfizer") in the case of *Anthony Coultrip, et al. v. Pfizer Inc.*, Civil Action No. 06-cv-09952-AKH, and in the case of *Ayisha Jeter v. Pfizer Inc.*, Civil Action No. 06-cv-15200-AKH, pending before Judge Alvin K. Hellerstein in the United States District Court of the Southern District of New York. I have personal knowledge of the facts stated in this Declaration and could testify regarding them if sworn as a witness.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

CASE NO. 06-CV-2679 BTM (AJB)
DECL. OF JAMES BOUDREAU IN SUPPORT OF PFIZER MOTION TO TRANSFER VENUE

2.   Attached to the Notice of Lodgment of Exhiibts as **Exhibit 1** is a true and correct copy of the Original Complaint filed by Plaintiffs Anthony Coultrip, Robert Chenault, David Hadley, and Dana Higgs in the *Coultrip* case on October 19, 2006.

3.   Attached to the Notice of Lodgment of Exhibits as **Exhibit 2** is a true and correct copy of the First Amended Complaint filed by Plaintiffs Anthony Coultrip, Robert Chenault, David Hadley, Dana Higgs, and Benaias Albarran in the *Coultrip* case on November 17, 2006.

4.   Attached to the Notice of Lodgment of Exhibits as **Exhibit 3** is a true and correct copy of the oral argument transcript from a hearing before Judge Hellerstein on February 28, 2007, regarding Pfizer's Motion to Strike and/or Dismiss the State Law Class Allegations in the *Coultrip* matter.

5.   Attached to the Notice of Lodgment of Exhibits as **Exhibit 4** is a true and correct copy of the Joint Proposed Discovery Plan and Briefing Scheduling Regarding Plaintiffs' Motion To Certify The State Law Class, approved by Judge Hellerstein in the *Coultrip* case on April 20, 2007.

6.   Attached to the Notice of Lodgment of Exhibits as **Exhibit 5** is a true and correct copy of the Complaint filed by Plaintiff Ayisha Jeter in the *Jeter* case on November 16, 2006.

7.   Attached to the Notice of Lodgment of Exhibits as **Exhibit 6** is a true and correct copy of Plaintiff Jeter's Responses to Pfizer Inc.'s First Set of Interrogatories.

8.   Attached to the Notice of Lodgment of Exhiibts as **Exhibit 7** is a true and correct copy of a letter I received as counsel for Pfizer in the *Coultrip* and *Jeter* cases from attorney Timothy D. Cohelan, counsel for Plaintiff Fernando Oblitas-Rios in the instant case.

9.   On May 14, 2007, I accessed the website for Cohelan & Khoury at http://www.ck-lawfirm.com/class-action-cases/pfizer/, located information regarding the instant case, and printed a copy of the information present on the computer screen. Attached to the Notice of Lodgment of Exhibits as **Exhibit 8** is a true and correct copy of the information I printed from that website.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

2

CASE NO. 06-CV-2679 BTM (AJB)
DECL. OF JAMES BOUDREAU IN SUPPORT OF
PFIZER MOTION TO TRANSFER VENUE

10. Attached to the Notice of Lodgment of Exhibits as **Exhibit 9** is a true and correct copy of a letter, dated May 4, 2007, that I received as counsel for Pfizer in the *Coultrip* and *Jeter* cases from attorney Eric B. Kingsley, counsel for Plaintiffs in the *Coultrip* case.

11. Attached to the Notice of Lodgment of Exhibits as **Exhibit 10** is a true and correct copy of the May 3, 2007 order in *Evancho v. Sanofi-Aventis U.S. Inc.*, No. C 07-00098 SI, 2007 WL 1302985, at *3 (N.D. Cal. May 3, 2007).

12. On May 14, 2007, I accessed the website at http://www.uscourts.gov/fcmstat/, located the Judicial Caseload Profile for the United States District Court for the Southern District of New York, and printed a copy of the information present on the computer screen. Attached as **Exhibit 11** is a true and correct copy of the information I printed from that website.

13. On May 14, 2007, I accessed the website at http://www.uscourts.gov/fcmstat/, located the Judicial Caseload Profile for the United States District Court for the Southern District of California, and printed a copy of the information present on the computer screen. Attached as **Exhibit 12** is a true and correct copy of the information I printed from that website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of May 2007, at Philadelphia, Pennsylvania.

JAMES N. BOUDREAU

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

3

CASE NO. 06-CV-2679 BTM (AJB)
DECL. OF JAMES BOUDREAU IN SUPPORT OF
PFIZER MOTION TO TRANSFER VENUE