JEREMY A. ROTH, Bar No. 129007
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
PFIZER INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated, | Case No. 06-cv-2679 (BTM) |
| Plaintiff, | **DECLARATION OF DEBORAH JUANTORENA IN SUPPORT OF PFIZER INC.'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING RESOLUTION OF RELATED CASES** |
| v. | |
| PFIZER INC., a California Corporation; and DOES 1-100, inclusive, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1746, I, Deborah Juantorena, hereby declare, under the pain and penalty of perjury, as follows:

1.  I am currently employed by Pfizer Inc. ("Pfizer"), as Vice President, Sales Operations. I have held this position since September 5, 2006. Before that, I was Senior Director, Finance, US Pharmaceuticals.

2.  As Vice President, Sales Operations, I am familiar with Pfizer's US Pharmaceutical Sales operations. In my position, I am responsible for the deployment and alignment of the Pfizer field sales force, the goal setting and performance tracking of the field sales force, the incentive compensation for the field sales force and the provision of information solutions, tools and tool training to the field sales force.

3.  I am familiar with or have reviewed Pfizer's business records regarding the various

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:82463817.1 051034.1019

REPRESENTATIVE] IN SUPPORT OF PFIZER INC.'S MOTION TO TRANSFER VENUE (No. 06-cv-2679 (BTM)

matters set forth in this Declaration, including, but not limited to, the geographic distribution of Pfizer's sales representatives and managers, the personnel file of the named Plaintiff, and the location of various corporate records and potential witnesses.

4.  Pfizer is a global pharmaceutical manufacturer that discovers, develops, manufactures and sells its pharmaceutical products. Pfizer is incorporated in the United States in the State of Delaware and its principal place of business, or headquarters, is in New York City, New York. Pfizer's corporate headquarters is home to virtually all of the Company's domestic pharmaceutical operations and the corporate departments that support it, including the finance, compensation, incentive compensation, human resources, employee benefits, legal, sales operations, marketing, training, and compliance departments.

5.  In addition, virtually all of the operational and administrative personnel who are involved with Pfizer's company policies and procedures regarding its sales professionals are located in New York. This means that key policies and procedures are established, issued and administered out of Pfizer's New York headquarters. This includes employee guidelines, policies and procedures as well as compensation and incentive compensation practices and procedures.

6.  Pfizer processes its payroll and maintains its payroll records within 50 miles of its New York Headquarters, in Peapack, New Jersey.

7.  Considerable files, documents and personnel records reside in hard copy form in New York headquarters. If physically produced, the corporate documents and records, such as computerized call reports, payroll records, general human resources and pay policies and practices, for all of Pfizer's present and former sales representatives would be extremely voluminous and would require a major and expensive

undertaking to organize, copy, store and secure, and transport outside of the New York area. Physically producing, transporting, storing, and securing such documents outside of the New York area would also disrupt Pfizer's business operations because of the expense, time, and personnel required to perform such tasks.

8.   Pfizer currently employs approximately 8,000 pharmaceutical sales representatives. The vast majority of these sales representatives are located outside California.

9.   Pfizer operates its national training center for the training of sales representatives in Rye Brook, New York, within 25 miles of the New York Headquarters. Training curriculum is developed in New York Headquarters and at Rye Brook. Thousands of sales representatives receive various types of sales and product training at the Rye Brook facility annually. Records related to these training activities are maintained at the Rye Brook training center.

10.   Although Pfizer maintains one regional office in California, not all Pfizer sales representatives who work in California report into that office. Some representatives who work in California report into regional sales offices in other states, and all sales representatives ultimately report into New York headquarters.

11.   District and regional sales managers oversee the job performance of pharmaceutical sales representatives. Although there are some district sales managers. and regional managers in California, the overwhelming majority of such managers reside and work outside California. All regional sales manager in California report to New York Headquarters. Moreover, district and regional sales managers. irrespective of their geographic home base, travel to the Rye Brook training facility for training and to attend meetings at Pfizer Headquarters.

12.   If this lawsuit proceeds in California, it will be burdensome and inconvenient for

Pfizer. Witnesses who likely will be called to testify for the Company include Pfizer management and executive-level employees who: a) develop and prepare Pfizer compensation and incentive compensation policies and practices; b) calculate or approve rates of compensation and incentive compensation for exempt employees; c) process timesheets, paychecks, and payroll; d) maintain payroll records; develop and deliver training to sales representatives; set key sales policies and procedures and manage the operations of Pfizer's pharmaceutical sales force. These witnesses work at, or within short driving distances of the Company's New York headquarters and generally live and work in the New York metropolitan area.

13.     Living and working in the New York area, these likely witnesses will be required to travel hundreds of miles and spend up to a full day in transit to attend trial if held in San Diego, California. Having to travel overnight to San Diego for hearings and a lengthy trial, these key witnesses would be away from their work and home, which would substantially disrupt Pfizer's business operations and the personal schedules of the witnesses. Moreover, because the witnesses hold key responsibilities for the operation of the Company, scheduling time away from work would be difficult because their responsibilities would have to be delegated to others, or simply not performed at all.

14. Key witnesses expected to testify in this case would also include District and Regional Managers. If District and Regional Managers must leave their territories to testify in a hearing or trial in San Diego, the business operations of their respective territories would be disrupted because of the costs involved in accommodating the employees' absence from their territories. Although this is a cost that Pfizer would bear regardless of the venue for trial, holding trial in the New York area would reduce those travel costs for Pfizer. This is because Pfizer has negotiated discount lodging rates at New York area hotels, there are numerous direct flights to many destinations nation-wide from New York's international airports, and because Pfizer would not need to pay for the use of rental cars for many of its witnesses who could be transported by Pfizer personnel already working at the Company's headquarters. Additionally, these trips by these District and Regional Managers could be combined with company business to make their travel useful for business purposes.

15. Additionally, Pfizer's sales territories are not divided along state lines, so various witnesses necessary for this action, even if covering a Pfizer territory in California, may be required to leave their territories outside of California to attend hearings. Therefore, San Diego will not be a more convenient forum than New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_[signature]_

DEBORAH JUANTORENA

Executed in New York on May _14_, 2007