JEREMY A. ROTH, Bar No. 129007
STACEY E. JAMES, Bar No. 185651
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
PFIZER INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., a California Corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 06-CV-2679 (BTM)<br><br>**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF PFIZER INC.'S MOTION TO TRANSFER VENUE**<br><br>Date: July 13, 2007<br>Time: 11:00 a.m.<br>Location: Courtroom No. 15<br><br>Before The Honorable Barry T. Moskowitz, United States District Court Judge, Southern District of California, Courtroom No. 15<br><br>PER CHAMBERS' ORDERS, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT. |

Defendant Pfizer Inc. hereby lodges true and correct copies of the following exhibits in support of its Motion to Transfer Venue:

Exhibit 1:   Complaint filed by Plaintiffs Anthony Coultrip, Robert Chenault, David Hadley, Dana Higgs, and Benaias Albarran in the *Coultrip* case on October 19, 2006

Exhibit 2:   First Amended Complaint filed by Plaintiffs Anthony Coultrip, Robert Chenault, David Hadley, Dana Higgs, and Benaias Albarran in the *Coultrip* case on November 17, 2006

Exhibit 3:   Transcript from oral argument before Judge Hellerstein in the *Coultrip* case on February 28, 2007

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

CASE NO. 06-CV-2679 BTM (AJB)
LODGMENT OF EXHIBITS IN SUPPORT OF
PFIZER MOTION TO TRANSFER VENUE

| | |
|---|---|
| Exhibit 4: | Joint Proposed Discovery Plan and Briefing Scheduling Regarding Plaintiffs' Motion To Certify The State Law Class, approved by Judge Hellerstein in the *Coultrip* case on April 20, 2007 |
| Exhibit 5: | Complaint filed by Plaintiff Ayisha Jeter in the *Jeter* case on November 16, 2006 |
| Exhibit 6: | Plaintiff Jeter's Responses to Pfizer Inc.'s First Set of Interrogatories |
| Exhibit 7: | Letter from attorney Timothy D. Cohelan to Judge Hellerstein, dated May 1, 2007 |
| Exhibit 8: | Information from website of Cohelan & Khoury (http://www.ck-lawfirm.com/class-action-cases/pfizer/), as of May 14, 2007 |
| Exhibit 9: | Letter from attorney Eric B. Kingsley to Judge Hellerstein, dated May 4, 2007 |
| Exhibit 10: | Order Granting Defendant's Motion To Transfer, *Evancho v. Sanofi-Aventis U.S. Inc.*, 2007 WL 1302985 (N.D.Cal. May 3, 2007) |
| Exhibit 11: | Judicial Caseload Profile for the United States District Court for the Southern District of New York, printed from http://www.uscourts.gov/fcmstat/ on May 14, 2007 |
| Exhibit 12: | Judicial Caseload Profile for the United States District Court for the Southern District of California, printed from http://www.uscourts.gov/fcmstat/ on May 14, 2007 |

Dated: May 16, 2007

/s/ Stacey E. James

JEREMY A. ROTH
STACEY E. JAMES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PFIZER INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

2.

CASE NO. 06-CV-2679 BTM (AJB)
LODGMENT OF EXHIBITS IN SUPPORT OF
PFIZER MOTION TO TRANSFER VENUE