# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. On May 16, 2007, I served the within document(s):

PFIZER INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING RESOLUTION OF RELATED CASES

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PFIZER INC.'S MOTION TO TRANSFER VENUE, OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING RESOLUTION OF RELATED CASES

DECLARATION OF JAMES N. BOUDREAU IN SUPPORT OF PFIZER INC.'S MOTION TO TRANSFER VENUE

DECLARATION OF DEBORAH JUANTORENA IN SUPPORT OF PFIZER INC.'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING RESOLUTION OF RELATED CASES

NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF PFIZER INC.'S MOTION TO TRANSFER VENUE

[PROPOSED] ORDER GRANTING PFIZER INC.'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING RESOLUTION OF RELATED CASES

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 619.232.4302. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Diego, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

PROOF OF SERVICE CASE No. 06CV2679

☐    by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Timothy D. Cohelan, Esq.          Attorneys for Plaintiffs
Isam C. Khoury, Esq.
Michael D. Singer, Esq.
COHELAN & KHOURY
605 C Street, Suite 200
San Diego, CA 92101-5305
Phone: 619.595.3001
Fax:    619.595.3000

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 16, 2007, at San Diego, California.

_____
KILSHA A. CASTRO

Firmwide:81756781.1 051034.1019

PROOF OF SERVICE       2.       CASE No. 06CV2679