| | |
|---|---|
| 1 | JEREMY A. ROTH, Bar No. 129007 |
| 2 | STACEY E. JAMES, Bar No. 185651<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>501 W. Broadway, Suite 900 |
| 4 | San Diego, CA  92101.3577<br>Telephone:    619.232.0441 |
|   | Facsimile:    619.232.4302 |

Attorneys for Defendant
PFIZER INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>PFIZER INC., a California Corporation; and DOES 1-100, inclusive,<br><br>            Defendant. | Case No.  06-CV-2679 BTM (AJB)<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

CASE NO. 06-CV-2679 BTM (AJB)
JOINT MOTION TO CONTINUE ENE

The parties to this action, Plaintiff Fernando Oblitas-Rios and Defendant Pfizer Inc., hereby stipulate, through their respective counsel of record, to continue the Early Neutral Evaluation Conference, currently scheduled for June 4, 2007 at 1:30 p.m. before Judge Battaglia, until a date after receiving a ruling from Judge Moskowitz on Pfizer's pending Motion To Transfer Venue.

SO STIPULATED.

Dated: May 17, 2007

LITTLER MENDELSON
A Professional Corporation

s/Stacey E. James
JEREMY A. ROTH
STACEY E. JAMES
Attorneys for Defendant
PFIZER INC.
sjames@littler.com

SO STIPULATED.

Dated: May 17, 2007

COHELAN & KHOURY

s/Timothy D. Cohelan
TIMOTHY D. COHELAN
Attorneys for Plaintiff
FERNANDO OBLITAS-RIOS
tcohelan@ck-lawfirm.com

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

1   CASE NO. 06-CV-2679 BTM (AJB)
JOINT MOTION TO CONTINUE ENE