Timothy D. Cohelan, Esq., SBN 60827
Isam C. Khoury, Esq., SBN 58759
Michael D. Singer, Esq., SBN 115301
**COHELAN & KHOURY**
605 C Street, Suite 200
San Diego, CA 92101-5305
TEL:   (619) 595-3001
FAX:   (619) 595-3000
tcohelan@ck-lawfirm.com
ikhoury@ck-lawfirm.com
singer@ck-lawfirm.com

Roger R. Carter, Esq., SBN 140196
**THE CARTER LAW FIRM**
2030 Main Street, 13th Floor
Irvine, CA 92614
Telephone: (949) 260-4737
Facsimile: (949) 260-4754

Attorneys for Plaintiff FERNANDO OBLITAS-RIOS
on behalf of himself and all others similarly situated

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated, | CASE NO. 06cv2679 BTM (AJB) |
| | **CLASS ACTION** |
| Plaintiff, | **PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO PFIZER, INC.'S MOTION TO TRANSFER VENUE** |
| vs. | |
| | Date: July 13, 2007 |
| | Time: 11:00 a.m. |
| | Dept: 15 |
| PFIZER, INC., a California Corporation; and DOES 1-100, inclusive, | Hon. Barry T. Moskowitz<br>United States District Court Judge |
| | NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |
| | Complaint filed:   November 1, 2006 |
| | Trial date:   None set |
| Defendants. | |

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO                    CASE NO. 06CV2679 BTM (AJB)
DEFENDANT'S MOTION TO TRANSFER VENUE

Plaintiff has been served with Pfizer, Inc.'s Motion to Transfer Venue or, in the Alternative, to Stay this Action Pending Resolution of Related Cases.

Plaintiff respectfully hereby submits his Statement of Non-Opposition as it relates **only** to Pfizer's Motion to Transfer Venue.

In the event the Court is willing to entertain Pfizer's Motion to Stay the Action, Plaintiff hereby requests an extended briefing schedule on this issue.

DATED: May 17, 2007

COHELAN & KHOURY
THE CARTER LAW FIRM

By: /s/ Timothy Cohelan
Timothy Cohelan
Peggy J. Reali
Co-Counsel for Plaintiff

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am Over the age of 18 and not a party th this action. My business address is 605 "C" Street, Suite. 200, San Diego, CA 92101.

On May 17, 2007, I instituted service of the forgoing document(s) described as

**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO PFIZER, INC.'S MOTION TO TRANSFER VENUE**

on the following parties:

| **Counsel for Defendant** | **Counsel for Defendant** |
|---|---|
| Jeremy A. Roth, Esq. | Stacey E. James |
| LITTLER MENDELSON | LITTLER MENDELSON |
| 501 W. Broadway, Suite 900 | 501 W. Broadway, Suite 900 |
| San Diego, CA 92101 | San Diego, CA 92101 |
| Telephone: (619) 232-0441 | Telephone: (619) 232-0441 |
| email: jroth@littler.com | email: sjames@littler.com |

in the following manner:

__x__ Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.casd.uscourts.gov.

on the following parties:

**SEE ATTACHED SERVICE LIST**

in the following manner:

__x__ I placed each for deposit in the United States Postal Service this same day, at my business address shown above, following ordinary business practices.

Service will be deemed effective as provided for by General Order 550 of the District Court of California, Southern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed May 17, 2007, at San Diego, California.

_____
Matthew Atlas

---

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO
DEFENDANT'S MOTION TO TRANSFER VENUE

CASE NO. 06CV2679 BTM (AJB)

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| | *Oblitas-Rios v. Pfizer, Inc.* | |
| 2 | **U.S.D.C. Case No. 06CV2679 BTM (AJ B)** | |

A. Michael Weber, Esq.  Counsel for Defendant
Michael P. Pappas, Esq.
LITTLER MENDELSON
885 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 583-2691

James N. Boudreau, Esq.  Counsel for Defendant
LITTLER MENDELSON
Three Parkway, 1601 Cherry Street, Ste. 1400
Philadelphia, PA 19102
Telephone: (267) 402-3029

Lisa A. Schreter, Esq.  Counsel for Defendant
LITTLER MENDELSON
3348 Peachtree Road, North East, Ste. 1100
Atlanta, GA 30326-1008
Telephone: (404) 233-0330

Roger R. Carter, Esq.  Counsel for Oblitas - Rios Plaintiff
THE CARTER LAW FIRM
2030 Main Street, 13th Floor
Irvine, CA 92614
Telephone: (949) 260-4737

Charles E. Joseph, Esq.  Counsel for Coultrip Plaintiffs
D. Maimon Kirschenbaum, Esq.
Michael D. Palmer
JOSEPH & HERZFELD LLP
757 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 688-5640

George R. Kingsley, Esq.  Counsel for Coultrip Plaintiffs
Eric Kingsley, Esq.
KINGSLEY & KINGSLEY
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300

Ira Spiro, Esq.  Counsel for Coultrip Plaintiffs
Gregory N. Karasik, Esq.
SPIRO, MOSS & BARNESS LLP
11377 West Olympic Blvd., 5th Fl.
Los Angeles, CA 90064
Telephone: (310) 235-2468

| | | |
|---|---|---|
| 1 | Daniel A. Osborn, Esq.<br>BEATIE AND OSBORN LLP | Counsel for Jeter Plaintiff |
| 2 | 521 Fifth Avenue<br>New York, NY 10175 | |
| 3 | Telephone: (212) 888-9000 | |

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO　　　　CASE NO. 06CV2679 BTM (AJB)
DEFENDANT'S MOTION TO TRANSFER VENUE

-5-