cal__kmw____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERNANDPO OBLITAS-RIOS, on behalf of himself and all others similarly situated, | ) ) ) | Civil No. 06cv2679 BTM(AJB) |
| Plaintiff, | ) ) | ORDER ON JOINT MOTION TO |
| v. | ) ) | CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE |
| PFIZER, INC., a California corporation; DOES 1-100, inclusive, | ) ) ) | |
| Defendants. | ) ) ) | |

Having read and considered the Joint Motion to Continue the Early Neutral Evaluation Conference submitted by counsel for the parties on May 17, 2007, and good cause appearing:

IT IS HEREBY ORDERED that the case is inappropriate for an Early Neutral Evaluation Conference at this time, so the Conference set for June 4, 2007 at 1:30 p.m. is *vacated*. The Court sets a telephonic Case Management Conference for ***August 6, 2007 at 9:30 a.m.*** Plaintiff's counsel will be responsible to make arrangements for the conference. At that time the Court will review the case status

//

//

//

//

//

06cv2679

1 and set further dates as appropriate.

2

3 IT IS SO ORDERED.

4 DATED: May 18, 2007

5 _____
Hon. Anthony J. Battaglia
6 U.S. Magistrate Judge
United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28