IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated, | Case No. 07-cv-4532-AKH |
| | Judge Alvin K. Hellerstein |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| PFIZER INC., | |
| Defendant. | |

---

PLEASE TAKE NOTICE that the undersigned counsel appear in the above-entitled action on behalf of plaintiff Fernando Oblitas-Rios, on behalf of himself and all others similarly situated, and demand that a copy of all papers in this action be served upon them at the address stated below.

Dated:  New York, New York
        June 15, 2007

                                        BEATIE AND OSBORN LLP

                                        By:    /s/   Daniel A. Osborn
                                               Daniel A. Osborn (DO-2809)

                                        521 Fifth Avenue, 34th Floor
                                        New York, New York  10175
                                        (212) 888-9000