IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                :

FERNANDO OBLITAS-RIOS, on behalf of himself :    Case No. 07-cv-4532-AKH
and all others similarly situated,                       :

                                                                :    Judge Alvin K. Hellerstein

                                Plaintiffs,            :
                 v.                                          :    **NOTICE OF REASSIGNMENT**
                                                                :

PFIZER INC.,                                              :

                                    Defendant.           :
                                                                 :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that the above-entitled action has been reassigned to the calendar of Judge Alvin K. Hellerstein.  A true and correct copy of the Court's notice is attached hereto.

Dated: June 19, 2007

                                               BEATIE AND OSBORN LLP

                                               By:      /s/ Daniel A. Osborn

                                               Daniel A. Osborn (DO-2809)
                                               521 Fifth Avenue, 34th Floor
                                               New York, New York 10175
                                               (212) 888-9000

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Daniel A. Osborn

Daniel A. Osborn
