## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Fernando Oblitas-Rios     Plaintiff,

- against -

Pfizer, Inc.     Defendant.

__7__ cv __4532__ (AH)

### MOTION TO ADMIT COUNSEL
### PRO HAC VICE



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel A. Osborn a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Kimberly D. Neilson
Firm Name: Cohelan & Khoury
Address: 605 C Street, Suite 200
City/State/Zip: San Diego, CA 92101
Phone Number: (619) 595-3001
Fax Number: (619) 595-3000

Kimberly D. Neilson is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Kimberly D. Neilson in any State or Federal court.

Dated: July 19, 2007
City, State: New York, N.Y.

Respectfully submitted,

_Daniel Osborn_
Sponsor's
SDNY Bar     DO 2809
Firm Name:   Beatie and Osborn LLP
Address:     521 Fifth Avenue, 34th Floor
City/State/Zip: New York, New York 10175
Phone Number: (212) 888-9000
Fax Number:   (212) 888-9664

UNITED STATES DISTRICT

SOUTHERN DISTRICT OF NEW YORK

Fernando Oblitas-Rios        Plaintiff,

- against -

Pfizer, Inc.        Defendant.

 07  cv  4532    (AH )

AFFIDAVIT OF
Daniel A. Osborn
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                     )  ss:
County of New York   )

Daniel A. Osborn   , being duly sworn, hereby deposes and says as follows:

1. I am _____ counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Kimberly Neilson as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the **(State of New York)**, and was admitted to practice law in _____ I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kimberly D. Neilson since 2007

4. Kimberly Neilson is an associate at Cohelan & Khoury in San Diego, California

5. I have found Ms. Neilson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Kimberly Neilson pro hac vice.

7. I respectfully submit a proposed order granting the admission of Kimberly Neilson pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Kimberly Neilson pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: July 19, 2007
City, State: NEW YORK, NEW YORK
Notarized:

Benjamin D. Coleman
Notary Public, State of New York
No. 01CO6101057
Qualified in Queens County
Commission Expires November 03, 20 07

Respectfully submitted,

Daniel Osborn

Name of Movant:   Daniel A. Osborn
SDNY Bar Code:    DO 2809

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fernando Oblitas-Rios        Plaintiff,

                                                              7   cv  4532    (AH )

        - against -

Pfizer, Inc.                  Defendant.        **ORDER FOR ADMISSION**
                                                **PRO HAC VICE**
                                                **ON WRITTEN MOTION**

Upon the motion of Daniel A. Osborn   attorney for Fernando Oblitas-Rios

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kimberly D. Neilson |
| Firm Name: | Cohelan & Khoury |
| Address: | 605 C Street, Suite 200 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 595-3001 |
| Email Address: | 619-595-3000 |

is admitted to practice pro hac vice as counsel for   Fernando Oblitas-Rios   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, N.Y.

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 10, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KIMBERLY DAWN NEILSON, #216571 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records