SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fernando Oblitas-Rios                     Plaintiff,

                                                              7    cv    4532    (AH )

         - against -

Pfizer, Inc.                              Defendant.          **ORDER FOR ADMISSION**
                                                              **PRO HAC VICE**
                                                              **ON WRITTEN MOTION**

Upon the motion of  Daniel A. Osborn    attorney for  Fernando Oblitas-Rios

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Timothy D. Cohelan |
| Firm Name: | Cohelan & Khoury |
| Address: | 605 C Street, Suite 200 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 595-3001 |
| Email Address: | 619-595-3000 |

is admitted to practice pro hac vice as counsel for   Fernando Oblitas-Rios   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/30/07
City, State: New York, N.Y.

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006