LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PFIZER, INC.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
267.402.3000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO OBLITAS-RIOS, on behalf of himself and others similarly situated, | Civil Action No. 1:07-cv-04532-AKH |
| Plaintiffs, | Honorable Alvin K. Hellerstein |
| v. | |
| PFIZER INC., et al., | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE and enter my appearance on behalf of Defendant Pfizer Inc., et al., in the above captioned matter.

Dated: November 29, 2007
    New York, New York

                                    Respectfully submitted,


                                    */s/ Kimberly J. Gost*
                                    Kimberly J. Gost (KG0881)
                                    LITTLER MENDELSON, P.C.
                                    Three Parkway
                                    1601 Cherry Street, Suite 1400
                                    Philadelphia, PA  19102
                                    Telephone:  (267) 402-3007
                                    Facsimile:  (267) 402-3131

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007 I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

| | | |
|---|---|---|
| Timothy D. Cohelan<br>Kimberly Dawn Neilson<br>Michael D. Singer<br>Cohelan and Khourty<br>605 C Street<br>Suite 200<br>San Diego, CA 92101<br>(619) 595-3001 | Roger R. Carter<br>The Carter Law Firm<br>2030 Main Street<br>13th Floor<br>Irvine, CA 92614<br>(949) 260-4737 | Daniel Adam Osborn<br>Beatie and Osborn LLP<br>521 Fifth Avenue, 34th Floor<br>New York, NY 10175<br>(212)-888-9000<br>Fax: (212)-888-9664<br>Email: dosborn@bandolaw.com |

*/s/ Kimberly J. Gost*
Kimberly J. Gost