UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO OBLITAS-RIOS, on behalf of
himself and others similarly situated,

Civil Action No. 1:07-cv-04532-AKH

          Plaintiff,

Honorable Alvin K. Hellerstein

   v.

PFIZER INC., et al.,

          Defendant.

## DEFENDANT PFIZER INC.'S MOTION TO ADMIT JAMES N. BOUDREAU *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Court for the Southern and Eastern Districts of New York, I, Kimberly Jeanne Gost, a

member in good standing of the bar of this Court, hereby move for an Order allowing the

admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | James N. Boudreau |
| Firm Name: | Littler Mendelson, P.C. |
| Address: | 1601 Cherry Street, Suite 1400 |
| City/State/Zip: | Philadelphia, PA  19102 |
| Phone Number: | 267-402-3029 |
| Fax Number: | 267-402-3131 |
| Email Address: | jboudreau@littler.com |

James N. Boudreau is a member in good standing of the Bar of the

Commonwealths of Pennsylvania and Massachusetts as well as the 1st, 3rd and 7th Circuit

Courts of Appeal, and the United States District Court for the Districts of Massachusetts,

Districts of Pennsylvania and Eastern District of Michigan.  There are no pending

disciplinary proceedings against Mr. Boudreau in any State or Federal court.  In support

of this Motion, please find attached an Affidavit in Support of Pfizer's Motion to Admit

James N. Boudreau *Pro Hac Vice* (attached hereto as Exhibit A); Certificates of Good

Standing for Mr. Boudreau from Pennsylvania and Massachusetts (attached hereto as

Exhibit B); a proposed Order for Admission *Pro Hac Vice* (attached hereto as Exhibit C);

and the required $25.00 fee.

Dated: December 10, 2007

Kimberly J. Gost (KG 0880)
LITTLER MENDELSON
A Professional Corporation
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102
267-402-3007
267-402-3131 (facsimile)
Attorneys for Defendant
PFIZER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007 I served the foregoing Motion and its

attachments on the following, via First Class United States Mail:


Michael D. Singer
Timothy D. Cohelan
Kimberly Dawn Nielson
Cohelan and Khourty
605 C Street
Suite 200
San Diego, CA 92101
(619) 595-3001

Roger R. Carter
The Carter Law Firm
2030 Main Street
13th Floor
Irvine, CA 92614
(949) 260-4737

Daniel Adam Osborn
Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, NY 10175
(212)-888-9000
Fax: (212)-888-9664
Email: dosborn@bandolaw.com

Kimberly J. Gost

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FERNANDO OBLITAS-RIOS, on behalf of     Civil Action No. 1:07-cv-04532-AKH
himself and others similarly situated,

                Plaintiff,     Honorable Alvin K. Hellerstein

    v.

PFIZER INC., et al.,

                Defendant.

## AFFIDAVIT OF KIMBERLY JEANNE GOST IN SUPPORT OF PFIZER INC.'S MOTION TO ADMIT JAMES N. BOUDREAU *PRO HAC VICE*

I, Kimberly Jeanne Gost, being duly sworn, hereby depose and say as follows:

1.  I am a Shareholder at Littler Mendelson, P.C., and counsel for Defendant Pfizer Inc., *et al.*, ("Pfizer") in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based upon my personal knowledge of the facts set forth herein and in support of Pfizer's Motion to Admit James N. Boudreau as counsel *pro hac vice* to represent Pfizer in this matter.

2.  I am a member in good standing of the bar of the Commonwealth of Pennsylvania (admitted 1998), the State of New Jersey (admitted in 1998), and the State of New York (admitted 2006).  I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.  I have known Mr. Boudreau since 1999, when we began working together.

4.  Mr. Boudreau is a Shareholder for Littler Mendelson, P.C., 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321.

5.  I have found Mr. Boudreau to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of James N. Boudreau, *pro hac vice.*

WHEREFORE Pfizer Inc. respectfully requests that this Court grant its Motion to Admit James N. Boudreau, *Pro Hac Vice* in the above captioned matter.

Dated: December 10, 2007
         New York, New York


Subscribed and sworn to before me
this 7ᵗʰ day of December, 2007.


_____
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHEILA L. OWENS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 30, 2009


                                        Respectfully Submitted,


                                        _____
                                        Kimberly J. Gost (KG 0880)

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the       **twentieth** day of   **December**   A.D.   **1990**   , said Court being the highest Court of Record in said Commonwealth:

## James N. Boudreau

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of **December** in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *James Norman Boudreau, Esq.*

**DATE OF ADMISSION**

***August 30, 1996***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  December 4, 2007**

Patricia A. Johnson
Chief Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FERNANDO OBLITAS-RIOS, on behalf of   Civil Action No. 1:07-cv-04532-AKH
himself and others similarly situated,

               Plaintiff,        Honorable Alvin K. Hellerstein

    v.

PFIZER INC., et al.,

               Defendant.

## ORDER FOR ADMISSION *PRO HAC VICE* OF JAMES N. BOUDREAU ON WRITTEN MOTION

Upon the motion of Kimberly J. Gost, Esquire, attorney for Pfizer Inc., *et al.*,

("Pfizer") and said sponsor attorney's affidavit in support thereof, IT IS HEREBY

ORDERED that

| | |
|---|---|
| Applicant's Name: | James N. Boudreau |
| Firm Name: | Littler Mendelson, P.C. |
| Address: | 1601 Cherry Street, Suite 1400 |
| City/State/Zip: | Philadelphia, PA  19102 |
| Phone Number: | 267-402-3029 |
| Fax Number: | 267-402-3131 |
| Email Address: | jboudreau@littler.com |

is admitted to practice *pro hac vice* as counsel for Pfizer in the above captioned case in

the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  Counsel shall use the ECF password given for

his use in the *Coultrip v. Pfizer Inc.* matter.

Dated:
City/State:

                              _____
                              United States District Judge