USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERNANDO OBLITAS-RIOS, on behalf of himself and others similarly situated,

    Plaintiff,

v.

PFIZER INC., et al.,

    Defendant.

Civil Action No. 1:07-cv-04532-AKH

Honorable Alvin K. Hellerstein

---

### ORDER FOR ADMISSION *PRO HAC VICE* OF JAMES N. BOUDREAU ON WRITTEN MOTION

Upon the motion of Kimberly J. Gost, Esquire, attorney for Pfizer Inc., *et al.*, ("Pfizer") and said sponsor attorney's affidavit in support thereof, IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | James N. Boudreau |
| Firm Name: | Littler Mendelson, P.C. |
| Address: | 1601 Cherry Street, Suite 1400 |
| City/State/Zip: | Philadelphia, PA 19102 |
| Phone Number: | 267-402-3029 |
| Fax Number: | 267-402-3131 |
| Email Address: | jboudreau@littler.com |

is admitted to practice *pro hac vice* as counsel for Pfizer in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall use the ECF password given for his use in the *Coultrip v. Pfizer Inc.* matter.

Dated: 12-19-07
City/State: N.Y.

_____
United States District Judge