```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
ANTHONY COULTRIP, ROBERT CHENAULT, :      06 Civ. 9952 (JCF)
DAVID HADLEY, DANA HIGGS, BENAIAS  :
ALBARRAN on behalf of themselves   :
and others similarly situated,     :
                                   :
              Plaintiffs,          :
                                   :
    - against -                    :
                                   :
PFIZER, INC., et al.,              :
                                   :
              Defendants.          :
- - - - - - - - - - - - - - - - - -:
AYISHA JETER, on behalf of         :      06 Civ. 15200 (JCF)
herself and all others similarly   :
situated,                          :
                                   :
              Plaintiffs,          :
                                   :
    - against -                    :
                                   :
PFIZER, INC.,                      :
                                   :
              Defendant.           :
- - - - - - - - - - - - - - - - - -:
FERNANDO OBLITAS-RIOS, on behalf   :
of himself and others              :      07 Civ. 4532 (JCF)
similarly situated,                :
                                   :
              Plaintiff,           :         ORDER
                                   :
    - against -                    :
                                   :
PFIZER, INC.,                      :
                                   :
              Defendant.           :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/12

Counsel having advised the Court that the United States

1

Supreme Court has granted certiorari in <u>Christopher v. SmithKline Beecham Corp.</u>, which raises issues similar to those raised in these cases, and the parties having agreed that a stay of discovery is appropriate pending the Supreme Court's determination, and the parties having disagreed whether this Court's determination of the pending motion for class certification should be held in abeyance, it is hereby ORDERED as follows:

1. All discovery is stayed pending the Supreme Court's determination in <u>Christopher</u>.

2. Plaintiffs' motion for class certification (Docket no. 2875) is denied without prejudice. It will be deemed renewed upon the papers already filed as of the date the Supreme Court issues its decision in <u>Christopher</u>. Counsel will then have fourteen (14) days to submit simultaneous briefs of no more than seven (7) pages each addressing the impact of <u>Christopher</u> on the class motion. It would be inefficient and confusing to issue a determination on class certification now only to hold the case in abeyance and potentially have to revisit the class decision after the Supreme Court issues its opinion.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

2

Dated:     New York, New York
           January 6, 2012

Copies mailed this date to:

Matthew D. Brinckerhoff, Esq.
Katherine R. Rosenfeld, Esq.
Elizabeth S. Saylor, Esq.
Jonathan S. Abady, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, New York 10019

Charles E. Joseph, Esq.
Michael D. Palmer, Esq.
Daniel M. Kirschenbaum, Esq.
Joseph and Herzfeld, LLP
757 Third Avenue, 25th Floor
New York, New York 10017

Christopher B. Hitchcock, Esq.
Hitchcock & Cummings LLC
757 Third Avenue, 25th Floor
New York, New York 10017

Christopher A. Seeger, Esq.
Christopher M. Van de Kieft, Esq. 584-0775
Stephen A. Weiss, Esq.
Seeger & Weiss LLP
One William Street, 10th Floor
New York, New York 10004

Eric B. Kingsley, Esq.
Kingsley & Kingsley
16133 Ventura Boulevard, 7th Floor
Encino, CA 9136

Gregory N. Karasik, Esq.
Ira Spiro, Esq.
Spiro Moss Barness LLP
11377 West Olympic Boulevard, 5th Floor
Los Angeles, CA 90064

James A. Jones, Esq.
Gillespie, Rozen, Watsky & Jones, PC
3402 Oak Grove Avenue, Suite 200
Dallas, TX 75204

Steven L. Wittels, Esq.
Sanford Wittels & Heisler, LLP
950 Third Avenue, 10th Floor
New York, New York 10022

Lisa A. Schreter, Esq.
Littler Mendelson PC
3348 Peachtree Road, North East
Suite 1100
Atlanta, GA 30326

Kimberly J. Gost, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

A. Michael Weber, Esq.
Littler Mendelson, PC
900 Third Avenue, 8th Floor
New York, New York 10022

Richard W. Black, Esq.
Littler Mendelson, P.C.
1150  17th Street, N.W., Suite 900
Washington, DC  20036

Stacey E. James, Esq.
Littler Mendelson, PC
501 West Broadway, Suite 900
San Diego, CA  92101